# **EXHIBIT A**



9400 Rhea County Highway
Dayton, TN 37321

March 28, 2025

Subject: Important Notice Regarding Data Breach Incident

Dear Sir or Madam,

We are writing to inform you of a data security incident that has occurred, which may have involved your personal information. As a part of our ongoing commitment to transparency, this letter explains the details of this breach, the actions taken to resolve it, and the steps you can take to protect yourself. We take the security and privacy of your data very seriously, and we deeply regret that this incident has occurred.

## What Happened?

We have a contract with a third-party provider, National Recovery Services ("NRS"), which provides customer service, collections and recovery for medical expenses incurred by individuals receiving treatment at Rhea Medical Center. In July 2024, NRS discovered suspicious activity related to certain systems which resulted in a network outage. They immediately took steps to secure their environment and launched an investigation to determine the nature and scope of the activity. The investigation determined there was unauthorized access to the NRS network between July 5, 2024 and July 11, 2024, and that certain files and folders were copied from their systems. As a result, NRS began a review of the systems which contained these files and folders to determine what information they contained and to which NRS clients the information belongs. This review was recently completed and NRS has notified Rhea Medical Center because they determined that information related to individuals associated with Rhea Medical Center are potentially impacted as a result of this incident.

## What Information Was Involved?

The breached data may have included name, address, Social Security number, date of birth, financial account information, and/or medical related information. At this time, we have no evidence of the misuse of your personal information. However, in the interest of caution, we wanted to make you aware of the incident so you can take the necessary precautions.

## What We Are Doing

We have taken the following steps to address the situation and prevent future occurrences:

- Immediately securing our systems and conducting a thorough investigation.