UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

|  |  |
|---|---|
| FELICIA COOPER, GARY SELF, CHARLES MITCHELL, and CHARLES RIGGS, individually, and on behalf of all others similarly situated, | : : : : : |
| Plaintiffs, | : Case No.: 1:25-cv-00130-TRM-CHS |
| v. | : Judge: Hon. Travis R. McDonough : Magistrate Judge: Hon. Christopher H. Steger |
| NATIONWIDE RECOVERY SERVICE, INC. and RHEA COUNTY HOSPITAL d/b/a RHEA MEDICAL CENTER, | : : : |
| Defendants. | : |

**JOINT MOTION TO STAY PENDING OUTCOME OF MEDIATION**

Plaintiffs Felicia Cooper, Gary Self, Charles Mitchell, and Charles Riggs ("Plaintiffs"), and Defendant Nationwide Recovery Service, Inc. ("NRS") (collectively, the "Parties"), by and through their undersigned counsel, jointly move this Court for an Order temporarily staying this consolidated class action[1] while the Parties pursue mediation, scheduled for November 20, 2025, in an effort to resolve this matter without the need for further proceedings. Should the Court grant the Parties' request for a stay, the Parties suggest that they report back to the Court in a joint statement regarding the outcome of the mediation within seven (7) days of its conclusion. Should mediation be unsuccessful, the Parties request that NRS be permitted forty-five (45) days following mediation to respond to Plaintiffs' Consolidated Class Action Complaint, ECF 24, with

---

[1] *Nail v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00130 (E.D. Tenn.) (designated as lead case); *Cooper v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00131 (E.D. Tenn.); *Self v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00132 (E.D. Tenn.); *Mitchell v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00133 (E.D. Tenn.); *Long v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00135 (E.D. Tenn.); and *Dufort v. Nationwide Recovery Serv., Inc., et al.*, No. 1:25-cv-00166 (E.D. Tenn.).

Plaintiffs' response due forty-five (45) days thereafter, and NRS's reply due fourteen (14) days later.

The Parties submit that good cause exists for the requested stay, as a stay is needed to avoid wasting resources of the Court and the Parties while the Parties mediate the case. In addition, good cause exists because the Parties have moved jointly, and no other party in this matter will be prejudiced by a temporary stay. In addition, good cause exists because in the event the Parties resolve this matter through mediation, the issues will be moot and the Court and all parties will avoid expending unnecessary time and resources.

Alternatively, should the Court deny the Parties' Joint Motion to Stay Pending Outcome of Mediation, NRS respectfully requests that it be granted an additional forty-five (45) day extension of time to respond to the Consolidated Class Action Complaint, until and through September 25, 2025. Plaintiffs do not oppose NRS's request. NRS submits that good cause exists for the requested extension of time because Plaintiffs' counsel has consented to the extension, and no party will be prejudiced in the event the modest extension of time is granted. Good cause also exists because it will minimize the risk that this Court is burdened with filings that ultimately prove unnecessary and/or are mooted.

**DATED**: August 11, 2025

Respectfully submitted,

| | |
|---|---|
| **KOPELOWITZ OSTROW P.A.** | **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC** |
| *s/ Jeffrey M. Ostrow* | *s/ Matthew G. White* |
| Jeffrey M. Ostrow (*pro hac vice*) | Matthew G. White (TN BPR #30857) |
| One West Las Olas Boulevard, Suite 500 | First Horizon Building |
| Fort Lauderdale, Florida 33301 | 165 Madison Avenue, Suite 2000 |
| Phone: (954) 525-4100 | Memphis, Tennessee 38103 |
| Fax: (954) 525-4300 | Phone: (901) 577-8182 |
| Email: ostrow@kolawyers.com | Email: mwhite@bakerdonelson.com |
| | *Counsel for Defendant,* |
| **STRANCH, JENNINGS & GARVEY, PLLC** | *Nationwide Recovery Service, Inc.* |
| J. Gerard Stranch, IV (TN BPR #23045) | |
| Grayson Wells (TN BPR #39658) | |
| 223 Rosa L. Parks Avenue, Suite 200 | |
| Nashville, Tennessee 37203 | |
| Phone: (615) 254-8801 | |
| Email: gstranch@stranchlaw.com | |

**SHAMIS & GENTILE, P.A.**

Andrew J. Shamis
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Phone: (305) 479-2299
Email: ashamis@shamisgentile.com

*Interim Co-Lead Counsel for Plaintiffs and Proposed Class*

## CERTIFICATE OF SERVICE

I, Matthew G. White, hereby certify that on August 11, 2025, a copy of the foregoing Joint Motion to Stay Pending Outcome of Mediation was filed electronically with the Court through the CM/ECF system. Notice of this filing will be sent by operation of the CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the CM/ECF system.

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

 *s/ Matthew G. White*
Matthew G. White (TN BPR #30857)

*Counsel for Defendant,*
*Nationwide Recovery Service, Inc.*